**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

FRANK LEE FRANKLIN, ADC # 087441                                                           PLAINTIFF

v.                                        2:15CV00193-BSM-JJV

COLLIER, Correctional Officer II,
Arkansas Department of Correction; *et al.*                                                DEFENDANTS

### ORDER

After unsuccessful attempts to serve Defendants "Jackson" and "T. Smith" I asked for counsel's assistance in identifying both parties. (Doc. No. 14.) Counsel has provided full names for both defendants and the Court greatly appreciates his help.

The Clerk of Court shall alter the docket to reflect that Defendant "Jackson" is appropriately "Cordaieo Jackson" and "T. Smith" is "Tommie Smith." Then, the Clerk shall prepare Summons for both Defendants and the United States Marshal shall serve a copy of the Summons, Complaint (Doc. No. 2), and this Order on them without prepayment of fees and costs or security therefore. Service for Defendants Jackson and Smith should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612.

DATED this 21st day of January, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE